**Henrietta OKORO; Cyriacus Okoro, Plaintiffs-Appellants,**

**v.**

**WELLS FARGO BANK, N.A.; Wells Fargo Home Mortgage Inc.; Hudson City Savings Bank, FSB; M&T Bank; M&T Corporation, Successor by merg-** er to Hudson City Savings Bank, FSB and owner of M&T Bank; Federal National Mortgage Assn.; The Alba Law Group, P.A., Defendants-Appellees.

No. 16-2274

United States Court of Appeals, Fourth Circuit.

Submitted: March 27, 2017

Decided: April 7, 2017

Henrietta Okoro; Cyriacus Okoro, Appellants Pro Se. Douglas Brooks Riley, TREANOR, POPE & HUGHES, PA, Towson, Maryland; David Edwin Solan, BWW LAW GROUP, LLC, Rockville, Maryland; Alvin Frederick, Lauren Elizabeth Marini, ECCLESTON & WOLF, PC, Hanover, Maryland, for Appellees.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henrietta Okoro and Cyriacus Okoro appeal the district court's order dismissing their complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. Okoro v. Wells Fargo Bank, N.A., No. 8:16-cv-00616-PX, 2016 WL 5870031 (D. Md. filed Oct. 6, 2016 & entered Oct. 7, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this

court and argument would not aid the decisional process.

AFFIRMED